IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| Traffic Names Ltd. ) | |
| ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:14cv1607 |
| ) | |
| Zhenghui Yiming ) | |
| ) | |
|     Defendant ) | |

In Re:  224.com; 605.com, and 452.com

<u>Request for Entry of Default</u>

The Plaintiff, Traffic Names, Ltd., by counsel, request that the clerk enter default against the defendant domains <224.com>, <60.5.com> and <452.com>.

The Plaintiff has completed service as ordered by the Court as described in the Certificate of Jonathan Westreich, Esq., counsel of record for the Plaintiff.  The Clerk of this Court will please enter default against defendant domain names <224.com>, <60.5.com> and <452.com> for failure to plead or other wise defend as provided by Rule 55 of the Federal Rules of Civil Procedure.

Date: January 19, 2015.

                                                          Respectfully Submitted,
                                                          Traffic Names, Ltd.
                                                          by counsel

_____/s/_____
Jonathan Westreich, Esq.
VSB No. 37393
604 Cameron Street
Alexandria, Virginia 22314
703-299-9050
fax: 703-548-1831
jonathan@westreichlaw.com

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| Traffic Names Ltd. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:14cv1607 |
| | ) | |
| Zhenghui Yiming | ) | |
| | ) | |
| Defendant | ) | |

In Re:  224.com; 605.com, and 452.com

<u>Declaration of Jonathan Westreich, Esq.</u>

Jonathan Westreich, Esq., being first duly sworn, certifies as follows:

1. I am an attorney duly licensed and admitted to practice before the Courts of Virginia and the United States District Court for the Eastern District of Virginia and am counsel to the Plaintiff, Traffic Names, Ltd.

in this matter.

2. I further certify that I caused to be published on December 22, 2014 the order of this Court directing publication in The Washington Times in compliance with this Court's Order.  The proof of publication was filed in this Court as document number 11, filed January 19, 2015.

Date: January 19, 2015

                                                                                     Respectfully Submitted,
                                                                                    Traffic Names, Ltd.
                                                                                     by counsel

    /s/
_____
Jonathan Westreich, Esq.
VSB No. 37393
604 Cameron Street
Alexandria, Virginia 22314
703-299-9050
fax: 703-548-1831
jonathan@westreichlaw.com