IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

|  |  |  |
|---|---|---|
| TRAFFIC NAMES, LTD. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 1:14cv1607 (LMB/TCB) |
| | ) | |
| ZHENGHUI YIMING | ) | |
| In Re: 224.com; 605.com, and 452.com | ) | |
| | ) | |
| Defendant. | ) | |

ORDER

On April 14, 2015, a magistrate judge issued a Report and Recommendation ("Report")
in which she found that none of the defendants had responded to the complaint brought under the
Anti-Cybersquatting Consumer Protection Act, 15 U.S.C. § 1125(d) ("ACPA") and in which she
recommended entry of the plaintiff's proposed relief requiring the transfer of the three defendant
domain names to the plaintiff. The Report advised the parties, including defendant Zhenghui
Yiming, who is alleged to be the individual who unlawfully took control of the three defendant
domain names, that any exception to the Report was due within 14 days and that failure to file an
exception waived appellate review of any judgment based on the Report. As of May 11, 2015,
no exceptions have been filed.

Finding that the Report fully addresses the issues of jurisdiction, venue, and the facts, the
Court adopts the Report's findings and recommendation as its own. Accordingly, for the reasons
stated in the Report, plaintiff's Motion for Entry of Default Judgment [Dkt. No. 15] is
GRANTED, and it is hereby

ORDERED that registry Verisign, Inc. promptly cancel Zhenghui Yiming as the

registrant of domain names 224.com, 605.com, and 452.com and transfer these names as directed

by plaintiff's counsel, and it is further

ORDERED that all other claims in this lawsuit be and are DISMISSED WITHOUT

PREJUDICE.

The Clerk is directed to enter judgment pursuant to Fed. R. Civ. P. 55 in favor of the

plaintiff and forward a copy of this Order to counsel of record for plaintiff and to defendant via

email at zhizhu201314@yeah.net.

Entered this /2 day of May, 2015.

Alexandria, Virginia

/s/

Leonie M. Brinkema
United States District Judge